UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ANDRIZZI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DOORDASH INCORPORATED,<br><br>Defendant. | Case No.  25-cv-09926-AMO<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE CASES AND DENYING MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>Re: Dkt. No. 21 |

Before the Court is Plaintiff Michelle Andrizzi's motion to consolidate and appoint interim class counsel.  The matter is unopposed and suitable for decision without oral argument. Accordingly, the hearing set for February 5, 2026, was VACATED.  *See* Dkt. No. 30; *see also* Civil L.R. 7-6, Fed. R. Civ. Pro. 78(b).  Having read Plaintiff's papers and carefully considered the arguments and the relevant legal authority the Court hereby **GRANTS** the motion to consolidate cases and **DENIES** the motion to appoint interim lead class counsel without prejudice, for the following reasons.

The Court **ORDERS**:

1. Pursuant to Federal Rule of Civil Procedure 42, the matters of *Andrizzi v. Doordash, Inc*. No. 3:25-cv-09926-AMO (*Andrizzi*) and *Alexander v. Doordash, Inc*., No. 3:25-cv-10281 (*Alexander*); are consolidated for all purposes. The *Andrizzi* case is designated as the lead case.

//

//

//

//

United States District Court
Northern District of California

All papers filed in the Consolidated Action shall be filed under Case No.: 3:25-cv-09926-AMO and shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE DOORDASH, INC. DATA BREACH LITIGATION<br><br>This Document Relates To: | Lead Case No.: 3:25-cv-09926-AMO |

2. All future pleadings, motions, briefs, and other papers shall be filed in Case No. 3:25-cv-09926-AMO.  The Clerk is directed to **CLOSE** Case No. 3:25-cv-10281.

3. All future-filed or transferred actions that are related to the Consolidated Action pursuant to Federal Rule of Civil Procedure 42 in that they are based on the same or similar facts and circumstances shall be consolidated in the Consolidated Action upon agreement of the parties and the filing of a notice of consolidation.

4. The Court declines to appoint interim class counsel at this early stage of the case and therefore **DENIES** that motion without prejudice.

\* \* \*

The Court hereby **SETS** the following initial case deadlines for the Consolidated Action:

a. Plaintiffs shall file a Consolidated Class Action Complaint no later than 30 days following entry of this Order;

b. Defendants shall file an answer or otherwise respond to the Consolidated Class Action Complaint within 45 days of the filing of the Consolidated Complaint;

c. Plaintiffs shall file an opposition to any motion to dismiss or similar motion filed in response to the Consolidated Class Action Complaint within 45 days of the motion; and

d.      Defendants shall file a reply in support of any motion to dismiss or similar motion within 21 days of Plaintiffs' opposition.

**IT IS SO ORDERED.**

Dated: January 28, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**